No. 10–6846.  BITTICK v. KOSTER, ATTORNEY GENERAL OF MISSOURI, ET AL., 562 U. S. 1112; and

No. 10–7378.  JAMES v. MCNEIL, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL., 562 U. S. 1152.  Motions for leave to file petitions for rehearing denied.

MARCH 29, 2011

No. 10–9703 (10A950).  KING v. ARIZONA.  Super. Ct. Ariz., County of Maricopa.  Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied.  Certiorari denied.

MARCH 30, 2011

No. 10–1060.  NATIONAL RAILROAD PASSENGER CORPORATION v. COLLINS.  Ct. App. Md.  Certiorari dismissed under this Court's Rule 46.1.

MARCH 31, 2011

No. 10–9774 (10A957).  BOYD v. ALABAMA.  Sup. Ct. Ala.  Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied.  Certiorari denied.